1  David R. Casady, Esq. (SBN 273282)
   Amanda N. Griffith, Esq. (SBN 288164)
2  BERMAN BERMAN BERMAN
   SCHNEIDER & LOWARY, LLP
3  2390 Professional Drive
   Roseville, California 95661
4  Telephone: (916) 846-9391
   Facsimile: (916) 672-9290
5
   Attorneys for Defendant
6  RASH CURTIS & ASSOCIATES

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | KEVIN PEREZ,                          ) CASE NO: 2:18-CV-03247-TLN-DB
                                           )
12 |          Plaintiff,                   ) **CORPORATE DISCLOSURE STATEMENT**
                                           ) **PURSUANT TO FEDERAL RULES OF**
13 |    vs.                                ) **CIVIL PROCEDURE 7.1**
                                           )
14 | RASH CURTIS & ASSOCIATES formerly     ) Complaint Filed: December 20, 2018
     known as CREDIT BUREAU OF UKIAH,      )
15 |                                       )
             Defendant.                    )
16 |                                       )

17 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18      Defendant Rash Curtis & Associates in this action, makes the following disclosures:

19      1.   The Defendant is not a publicly held corporation or other publicly held entity.

20      2.   The Defendant does not have any parent corporations.

21      3.   10% or more of the stock of the Defendant is not owned by a publicly held

22 corporation or other publicly held entity.

23      4.   There is no other publicly held corporation or publicly held entity that has a direct

24 financial interest in the outcome of this litigation.

25 ///

26 ///

27 ///

28 ///

                                          1
        CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1

1    5.   The Defendant is not a trade association

DATED: March 13, 2019

          BERMAN BERMAN BERMAN
          SCHNEIDER & LOWARY, LLP

          */S/ Amanda N. Griffith*
By:_____
          DAVID R. CASADY, ESQ.
          AMANDA N. GRIFFITH, ESQ.
          Attorneys for Defendant,
          RASH CURTIS & ASSOCIATES

I, Debbie A. Main, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 2390 Professional Drive, Roseville, CA 95661.

On March 13, 2019, I served the following document(s) on the parties in the within action:

| | |
|---|---|
| X | I hereby certify that on **March 13, 2019**, a copy of the foregoing list of documents were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.<br><br>**"CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1"** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 13, 2019.

By: _____

**Service List**

Jonathan A. Stieglitz, Esq.
THE LAW OFFICES OF JONATHAN A. STIEGLITZ
11845 W. Olympic Boulevard, Suite 800
Los Angeles, CA 90064
Tel: (323) 979-2063
Fax: (323) 488-6748
Email: jonathan.a.stieglitz@gmail.com
**ATTORNEY FOR PLAINTIFF**

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersery 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com

**ATTORNEY FOR PLAINTIFF**